UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00094-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMISON FORD,

       Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Monday, November 6, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the Motion to Withdraw as Attorney **(#160).**

Dated this 13th day of October, 2006

                                         **BY THE COURT:**

                                         */s/ Marcia S. Krieger*

                                         Marcia S. Krieger
                                         United States District Judge